■ SHAHIN S. NOURANIFAR, Respondent, v FREYDOUN NOURANIFAR, Appellant. [643 NYS2d 434] —Judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Modugno, J.H.O. (Appeal from Judgment of Supreme Court, Queens County, Modugno, J.H.O.—Equitable

· Distribution.) Present—Green, J. P., Lawton, Wesley, Doerr and Boehm, JJ.